1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

SAN DIEGO

12

LANDON WILLIAM HASTIE-
SANDERS,

13

   Plaintiff,

14

vs.

15
16

KILOLO KIJAKAZI,
  Acting Commissioner of Social
Security,

17

18

    Defendant

19

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3:20-cv-00910-BGS

ORDER GRANTING JOINT
MOTION FOR VOLUNTARY
REMAND TO AGENCY
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. SECTION 405(g) AND
ENTRY OF JUDGMENT

20
21
22
23
24
25
26
27

  The parties have filed a Joint Motion seeking remand of this matter to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF 24)  The Joint Motion indicates that upon remand the agency with vacate the Administrative Law Judge's decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.  (*Id.* at 1.)  The parties further request the Clerk of Court be directed to enter final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.* at 2.)

28

Accordingly, IT IS HEREBY ORDERED that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  Upon remand, the agency will vacate the ALJ decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision.  The Clerk shall enter final judgment in favor of Plaintiff and against Defendant and close the case.

Dated:  June 3, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge