UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

LANDON WILLIAM HASTIE-SANDERS,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]

    Defendant.

Case No. 3:20-cv-00910-BGS

**ORDER GRANTING JOINT MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

[ECF 27]

    The parties' Joint Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses, (ECF 27) is **GRANTED**, and **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND NINE HUNDRED NINETY-SEVEN DOLLARS AND 92/100 ($4,997.92) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Joint Motion.

    **IT IS SO ORDERED.**

Dated: September 9, 2022

    Hon. Bernard G. Skomal
    United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021 and is therefore substituted for Andrew Saul as Defendant. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).